UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-M-1144-1

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| James Robert Talbott, Jr. | ) | |

On March 2, 2010, James Robert Talbott, Jr., appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13 and N.C.G.S. 20-138.1, was sentenced to a 24-month term of probation.

From evidence presented at the revocation hearing on February 11, 2011, the court finds as a fact that James Robert Talbott, Jr., who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to follow the instructions of the probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 4 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 11th day of February, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge